Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [207 Misc. 1055.] [See *post*, p. 979.]

(July 8, 1955.)

TRIO DISTRIBUTOR CORPORATION et al., Respondents, v. BOARD OF HEALTH OF THE ALBANY COUNTY HEALTH DISTRICT et al., Appellants.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.

FOURTH DEPARTMENT, JULY, 1955.

(July 14, 1955.)

WILLIAM L. WEBB, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31734.)—

Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.   [206 Misc. 512.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL ABELSON, JAMES LAGALA, HYMAN BECKER, ARTHUR J. FROMEN, JULES KRAMER, ANTHONY PERRONE, JOSEPH LAPE, SAMUEL SIEGEL, HARRY A. ROSEN, Alias AL ROSEN, Appellants. —

Present —

McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.